(109 So. 921)

Louis BELL v. STATE. (8 Div. 892.) (Supreme Court of Alabama. Oct. 14, 1926.) Certiorari to Court of Appeals. O. M. Raines, of Scottsboro, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Louis Bell for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bell v. State, 109 So. 923.[1] Writ denied on authority of Postal Tel. & Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91, and numerous similar cases.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

(110 So. 915)

J. R. BOGUE, etc., v. L. P. GILLEM, etc. (6 Div. 690.) (Supreme Court of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Jefferson County; W. M. Walker, Judge.

PER CURIAM. Appeal dismissed by appellant.

(110 So. 915)

BROTHERHOOD OF RAILROAD TRAINMEN v. C. W. PROCTOR. (6 Div. 728.) (Supreme Court of Alabama. Nov. 4, 1926. Rehearing Denied Jan. 20, 1927.) Appeal from Circuit Court, Jefferson County; Richard V. Evans, Judge. Transferred from Court of Appeals under Code 1923, § 7326. Altman & Taylor and Fred G. Koenig, all of Birmingham, for appellant. Walter S. Smith, of Lineville, for appellee.

ANDERSON, C. J. This case bears quite a similarity to the case of Brotherhood of Railroad Trainmen v. Barnhill (Ala. Sup.) 108 So. 456.[2] Indeed, pleas 5, 8, as amended, and 9 are practically the same as those bearing corresponding numbers in said case, and it was there held that said pleas were good, and the trial court erred in sustaining the plaintiff's demurrer thereto, and this case must be reversed upon said authority. We are at a loss to understand why the Brotherhood cannot delegate the authority to terminate a strike or to call one off with as much consistency as it could authorize certain officials to call a strike and to call the plaintiff and other members into same, without invading any constitutional rights of the plaintiff, and it can serve no useful purpose to prolong a discussion of the questions dealt with, and correctly so, in the Barnhill Case, supra. The judgment of the Circuit Court is reversed, and the cause is remanded.

SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.

[1] 21 Ala. App. 660.    [2] 214 Ala. 565.

(111 So. 921)

Ex parte Inetta BROWN. (6 Div. 828.) (Supreme Court of Alabama. Jan. 13, 1927.) Petition for mandamus to Hon. William M. Walker, Judge.

PER CURIAM. Petition dismissed by petitioner.

(110 So. 915)

Bester BROWN, alias, etc., v. STATE. (1 Div. 411.) (Supreme Court of Alabama. Dec. 2, 1926.) Appeal from Circuit Court, Mobile County; T. J. Bedsole, Judge. First degree murder. T. J. Touart, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., for the State.

ANDERSON, C. J. There is no bill of exceptions in this case, and, no error appearing upon the record proper, the judgment of the circuit court is affirmed. All the Justices concur.

(111 So. 921)

Will BROWN v. STATE. (6 Div. 665.) (Supreme Court of Alabama. Jan. 13, 1927.) Appeal from Circuit Court, Jefferson County; John P. McCoy, Judge.

MILLER, J. The defendant, Will Brown, was indicted and tried for the offense of murder in the first degree. He killed Fred Owens. The jury convicted him of murder in the first degree and fixed his punishment at imprisonment in the penitentiary for his life. He was adjudged guilty of the offense by the court and duly sentenced, and the sentence was not suspended pending this appeal. The appeal is from that judgment on the record proper, without a bill of exceptions. The record is in regular form, free from error, and the judgment must be and is affirmed. Affirmed.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(110 So. 915)

Jim CASH v. STATE. (7 Div. 697.) · (Supreme Court of Alabama. Nov. 26, 1926.) Certiorari to Court of Appeals. Hugh Walker, of Anniston, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Jim Cash for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cash v. State, 21 Ala. App. 664, 109 So. 923. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.